Granted, but limited to a consideration of the issue of penalties and attorney's fees al-legedly due by Southwest to plaintiff. In all other respects the application is denied.

208 So.2d 537

**FIRST NATIONAL BANK IN MANSFIELD**

v.

**M. D. LAWRENCE, Continental-Emsco Company.**

No. 49180.

April 11, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.